CONSUMER LEGAL SERVICES, P.C.
CHRISTOPHER M. LOVASZ (SBN 303120)
JEEHO H. LIM (SBN 297365)
2330 Long Beach Blvd.
Long Beach, CA 90806
clovasz@lemonauto.com
jlim@lemonauto.com

Attorneys for Plaintiffs
BRITTANY GREENE and RASOUL ZWEN

STEPHEN CHO (SBN: 297347)
HYUNDAI MOTOR AMERICA
10550 Talbert Ave.
Fountain Valley, CA 92708
scho@hmausa.com

Attorneys for Defendants
HYUNDAI MOTOR AMERICA and
HUNTINGTON BEACH HYUNDAI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY GREENE, an individual, RASOUL ZWEN, an individual<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, et al.<br><br>Defendants. | Case No. 8:23-CV-00285-JVS-DFM<br>Hon. James V. Selna<br>Courtroom 10C<br><br>**JOINT STIPULATION RE NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiffs BRITTANY GREENE and RASOUL ZWEN and Defendant HYUNDAI MOTOR AMERICA (collectively, the "Parties") hereby submit this

Notice of Settlement to notify the Court that the Parties have reached a settlement in the above-referenced case in its entirety. The Parties respectfully request the Court set a Settlement Disposition Conference in sixty days to allow the Parties to effectuate the terms of the settlement. The Parties anticipate filing a Joint Motion for Dismissal with Prejudice within seventy-five (75) days in this matter.

Date: January 2, 2024                    **CONSUMER LEGAL SERVICES, P.C.**

                                                By: */s/ Jeeho Lim*
                                                        Jeeho H. Lim, Esq.
                                                        Christopher M. Lovasz, Esq.
                                                        Attorneys for Plaintiffs,
                                                        BRITTANY GREENE
                                                        and RASOUL ZWEN

Date: January 2, 2024                    **HYUNDAI MOTOR AMERICA**

                                                By: */s/ Stephen K. Cho*
                                                        Stephen K. Cho, Esq.
                                                        Attorney for Defendant,
                                                         HYUNDAI MOTOR AMERICA
                                                        and HUNTINGTON BEACH
                                                        HYUNDAI

## ATTESTATION OF ELECTRONIC SIGNATURES

I, Jeeho H. Lim, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Stipulation

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Long Beach, California; my business address is Consumer Legal Services, P.C., located at 2330 Long Beach Blvd., Long Beach, CA 90806.

On the date below, I served a copy of the foregoing document entitled:

**JOINT STIPULATION RE NOTICE OF SETTLEMENT**

on the interested parties in said case as follows:

**Served Electronically**

**Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

This declaration is executed in Long Beach, California on January 2, 2024